MARY E. G. SHAW, Respondent, *v.* RICHARD WEBBER, Appellant.

*Shaw* v. *Webber,* 79 Hun, 307, affirmed.
(Submitted December 18, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered June 27, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Earley & Prendergast* for appellant.

*D. G. Harriman* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.